JACOB J. TABOLT v. 654 NINTH AVENUE CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 768.]

HETTY S. PHILLIPS v. ABRAHAM L. OLTARSH.— Motion for reargument denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 715.]

In the Matter of the Accounting of FLORENCE M. DOHERR, as Substituted Executrix of WILLIAM SHOEMAKER, Deceased, Respondent. WILLIAM H. SHOEMAKER, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *ante*, p. 778.]

OMER GELINAS v. KURT H. RICHTER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 273 App. Div. 997.]

In the Matter of the Application for the Issuance of Subpœnas Directed to JOHN R. TOPLIFFE and Others. RUSSELL T. BAILEY, Appellant; RANDOLPH H. LEE, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 760.]

In the Matter of EQUITABLE TRADING CORPORATION, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the New York State Liquor Authority, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 768.]

AMERICAN CITIES POWER AND LIGHT CORPORATION et. al. v. HARRISON WILLIAMS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 751.]

ELLEN J. ROSS, Known Professionally as JANE FROMAN, Appellant, et al., Plaintiffs, v. PAN AMERICAN AIRWAYS, INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 767.]

In the Matter of THOMAS F. KEEVAN, Petitioner, against ARTHUR W. WALLANDER, as Police Commissioner of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 778.]

JOHN P. DIDIER, Doing Business under the Name of DIDIER PUBLISHERS, v. MACFADDEN PUBLICATIONS, INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 757.]

SOL W. ABRAMSON v. FIRST NATIONAL BANK GRAND FORKS et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 762.]

SADIE RAGIONE v. FRANK J. RAGIONE.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 752.]